UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NURT DIMITRI JAMES GRANT,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE et al.,<br><br>Respondents. | CASE NO. 2:26-cv-02615-LK<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Lauren King, United States District Judge:

The Court GRANTS Petitioner Nurt Dimitri James Grant's motion for an extension. Dkt. No. 10. James Grant avers that although Respondents' return memorandum, Dkt. No. 7, is dated August 10, 2026, he did not receive it until August 24, 2026, and he thus needs "additional time to adequately prepare and file a reply[.]" Dkt. No. 10 at 1. The Court finds that James Grant has

//

//

//

//

shown good cause justifying an extension of time. Fed. R. Civ. P. 6(b); *see also* General Order 08-26 at 3 (allowing additional time for pro se petitioners to file traverse "to account for mail delays"). James Grant's traverse shall be due by September 11, 2026.

The Clerk is directed to forward a copy of this Order to James Grant.

Dated this 1st day of September 2026.

Joshua C. Lewis
Clerk
*/s/Natalie Wood*
Deputy Clerk