UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NURT DIMITRI JAMES GRANT,<br>Petitioner,<br>v.<br>TODD BLANCHE et al.,<br>Respondents. | CASE NO. 2:26-cv-02615-LK<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Lauren King, United States District Judge:

Petitioner challenges his May 13, 2026 bond hearing. Dkt. No. 4. Respondents provided only the checkbox decision form of the Immigration Judge's bond denial decision. Dkt. No. 9-4.

By Wednesday, September 30, 2026, Respondents are hereby ordered to:

(1) Produce any transcript or contemporaneous recording of the bond hearing, as well as all records submitted in connection with the bond hearing and the Immigration Judge's written decision (if any). Going forward, the Court expects Respondents to provide this information in all returns to habeas petitions of this nature.

(2) Submit a supplemental brief of up to 1,050 words explaining (a) why they did not submit such evidence with their return, and (b) whether the records alter any of the

arguments they made in their return.

Petitioner may file a response of up to 1,050 words to any evidence produced or new argument offered by Respondents within 14 days of Respondents' submission.

Dated this 23rd day of September 2026.

Joshua C. Lewis
Clerk

*/s/Natalie Wood*
Deputy Clerk